UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT LEE, <br> *Plaintiff*, <br><br> v. <br><br> ACCENTURE LLP, <br> *Defendant*. | § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION H-18-2422 |

## FINAL JUDGMENT

Pursuant to the court's order signed September 25, 2019 (Dkt. 33), defendant Accenture LLP's motion for summary judgment (Dkt. 30) is **GRANTED**.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on September 25, 2019.

_____
Gray H. Miller
United States District Judge